IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT PLEASANT, Defendant. | No. CR-08-00771-001 MPH <br> [PROPOSED] ORDER TO REINSTATE ORIGINAL JUDGMENT IN A CRIMINAL CASE |

**ORDER**

On March 9, 2009, defendant Robert Pleasant was sentenced to 77 months in custody for his conviction for possession with intent to distribute crack cocaine. On March 26, 2012, in light of amendments made to the crack cocaine guidelines, this Court ordered that Mr. Pleasant's sentence be reduced from 77 months to 60 months. On January 2, 2013, the Ninth Circuit reversed this Court's order to reduce Mr. Pleasant's sentence and reinstated his original 77-month sentence. *United States v. Pleasant*, No. 12-10213. In light of the Ninth Circuit's decision, the Court reinstates the original Judgment that was imposed in this case on March 9, 2009, (Docket #13) and remands Mr. Pleasant back into custody to serve the remainder of his sentence.

Prior to having his sentence reduced, Mr. Pleasant was participating in the BOP Residential Drug Treatment (RDAP) program at Herlong FCI. Therefore, the Court recommends that Mr. Pleasant be returned to Herlong FCI to complete his sentence, and the Court further recommends that Mr. Pleasant be immediately placed back into RDAP, at the same stage where he previously left off, in order for him to move forward in the program and maintain his

//

eligibility to have his sentence reduced upon successful completion of the program pursuant to 18 U.S.C. § 3621(e)(2)(B).

DATED: 10/22/13

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

ORDER TO REINSTATE
*United States v. Pleasant*, CR 08-00771-001 MHP    2